UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINA TACKETT, as Personal
Representative of the Estate of
KEVIN RAY TACKETT, Deceased,

    Plaintiff,

v.

FIVE STAR ENERGY SERVICES, LLC,
and MATHEW GRANT,

    Defendants.
_____/

Case No. 1:23-cv-266

HON. ROBERT J. JONKER

## ORDER APPROVING WRONGFUL DEATH SETTLEMENT AND DISTRIBUTION OF PROCEEDS

This matter is before the Court on the parties' Motion for Approval of Wrongful Death Settlement, Determination of Conscious Pain and Suffering, Distribution of Settlement Proceeds, and Dismissal with Prejudice. (ECF No. 37; *see also* ECF Nos. 38, 40).

1. The Court has conducted an *in camera* review regarding the approval of the terms of the Settlement and proposed distribution schedule on December 12, 2023.

2. Based on the *in camera* review, the hearing on the record that followed, and all other matters of record, the Court finds the Settlement Agreement and proposed distribution schedule fair and proper in all respects under the Wrongful Death Act. *See* MICH. COMP. LAWS 600.2922. The settlement was negotiated at arms length and all potential claimants received notice and affirmatively stated that they have no objections, either directly or through their Guardian Ad Litem (in the case of the four minor claimants). The Court agrees with the Guardian Ad Litem's

assessment of the interests of the minor children. There are no known third party liens or unpaid creditors of Decedent's Estate with a potential priority claim.

3.  The proposed attorney fee award and reimbursement of litigation expenses is consistent with the contractual Contingent Fee Agreement between client and counsel. It is also fair and reasonable in light of the work and risk involved and the total recovery.

4.  The proposed award to the Estate for conscious pain and suffering is appropriate in light of the record.

**ACCORDINGLY, IT IS ORDERED** that the Court approves the proposed Settlement Agreement and distribution schedule, and it authorizes the Personal Representative to implement it in accord with the terms presented *in camera*. This includes, without limitation, the authority to pay Plaintiff's counsel the approved fees and expenses.

**IT IS FURTHER ORDERED** that based on the approved Settlement Agreement, this action is **DISMISSED WITH PREJUDICE**. This final Order closes this case.

**IT IS SO ORDERED.**


Dated:   December 12, 2023             /s/ Robert J. Jonker
                                       ROBERT J. JONKER
                                       UNITED STATES DISTRICT JUDGE